**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAMUEL PEREZ, | ) | NO. ED CV 17-716-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| VASQUEZ, (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 30, 2017.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE